CAUSE NO: 26587

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 6ᵗʰ JUDICIAL DISTRICT |
| | § | |
| DESTIN DAVIS | § | LAMAR COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2016 2:10:18 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant in the above-styled and numbered cause, by and through his attorney of record, Bart C. Craytor, and files this, his as his NOTICE OF APPEAL.

Further, counsel states that the Defendant is now indigent and can not afford the costs of an appeal and respectfully request that the Defendant be allowed to proceed in forma pauperis.

Respectfully Submitted,

Bart C. Craytor
SBOT # 24014210
126 W. Second Street
Mount Pleasant, Texas 7545
Phone: 903-293-7729
Fax: 866-314-2960

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appeal was served upon the attorney for the State on December 5, 2016.

Attorney for Defendant

# - Fax Transmission

**To:**   Shawntel Golden

**Fax:**  19037854905

**RE:**   Davis, Destin; State of Texas vs.

**From:**  Bart Craytor

**Date:**   12/5/2016

**Pages:**  2

**Comments:**

Dear Ms. Golden,

Please file the Notice of Appeal on behalf of Mr. Destin Davis. The original signed Notice of Appeal is forthcoming by priority mail. I am also faxing a copy of this to Mr. Gary Young contemporaneously with this transmission. If you have any questions or disire additional comentary, please do not hesitate to contact me.

I am also simultaneously e-mailing to both you and Mr. Young

With Kindest Regards, and Warmest Wishes to your Holiday Season,
I remain, very truly yours,

Bart C. Craytor